**DISMISS; and Opinion Filed October 14, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00986-CV

**VANTIUM CAPITAL, INC., Appellant**

**V.**

**ACCESS LOSS MITIGATION, LLC, ELI GORDON, AND DAVID FIEDLER, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13246**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Lewis
Opinion by Justice Lewis

Before the Court is the parties' joint motion to dismiss the appeal. The parties have

informed the Court that they have settled their differences. Accordingly, we grant the parties'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).


/David Lewis/
DAVID LEWIS
JUSTICE

130986F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VANTIUM CAPITAL, INC., Appellant

No. 05-13-00986-CV      V.

ACCESS LOSS MITIGATION, LLC, ELI
GORDON, AND DAVID FIEDLER,
Appellees

On Appeal from the 14th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-13246.
Opinion delivered by Justice Lewis.
Justices Bridges and Fillmore, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees, ACCESS LOSS MITIGATION, LLC, ELI GORDON, and DAVID FIEDLER, recover their costs of this appeal from appellant, VANTIUM CAPITAL, INC..

Judgment entered this 14th day of October, 2013.

/David Lewis/
_____
DAVID LEWIS
JUSTICE

–2–